UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

William Grecia
                      Plaintiff,

v.                                                   Case No.: 1:16–cv–10216
                                                  Honorable Manish S. Shah

Fox Entertainment Group, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 1, 2017:

      MINUTE entry before the Honorable Manish S. Shah: The parties report they have reached a settlement in principle. The deadline for defendant's answer is stricken. Status hearing is reset to 4/21/17 at 9:30 a.m. in order to allow the parties time to finalize the settlement agreement. If a stipulation of dismissal is submitted in advance of that date, then no appearance is necessary. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.