# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM GRECIA,<br><br>    Plaintiff,<br><br>    v.<br><br>FOX ENTERTAINMENT GROUP, INC.<br><br>    Defendant. | Case No. 1:16-cv-10216<br><br>Hon. Manish S. Shah |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff William Grecia and Defendant Fox Entertainment Group, LLC[1] pursuant to Fed. R. Civ. P. 41(a)(1), hereby give notice of and stipulate to the dismissal of all claims in this action **WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney fees.

Date: March 6, 2017                                    Respectfully submitted,

/s/ Stephen C. Jarvis                                  /s/ Todd H. Flaming
Matthew M. Wawrzyn (#6276135)         Todd H. Flaming
matt@wawrzynlaw.com                        todd@krausflaming.com
Stephen C. Jarvis (#6309321)                  **KrausFlaming LLC**
stephen@wawrzynlaw.com                     20 South Clark Street, Suite 2620
**WAWRZYN & JARVIS LLC**                Chicago, Illinois 60603
233 S. Wacker Dr., 84th Floor                 (312) 447-7217
Chicago, IL 60606
(312) 283-8010                                         *Counsel for Fox Entertainment Group, LLC*

*Counsel for William Grecia*

---

[1] The named defendant in this lawsuit, Fox Entertainment Group, Inc., no longer exists. Fox Entertainment Group, LLC, its successor, is the correctly named defendant.

-1-

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 6, 2017 a true and correct copy of the foregoing **Stipulation of Dismissal With Prejudice** was filed electronically with the Clerk of the Court using the CM/ECF system, thereby serving all counsel of record.

*/s/ Stephen C. Jarvis*